**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 16-50058 |
| Plaintiff-Appellee, | D.C. No. 3:13-cr-00775-JLS |
| v. | MEMORANDUM[*] |
| VANESSA MARIA BISHOP, | |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the Southern District of California
Janis L. Sammartino, District Judge, Presiding

Submitted February 14, 2017[**]

Before:    GOODWIN, FARRIS, and FERNANDEZ, Circuit Judges.

Vanessa Maria Bishop appeals from the district court's order denying her
motion for a sentence reduction under 18 U.S.C. § 3582(c)(2). We have jurisdiction
under 28 U.S.C. § 1291, and we affirm.

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

Bishop contends that she is entitled to a sentence reduction under Amendment 782 to the Sentencing Guidelines. Contrary to Bishop's contention, the district court properly calculated her amended Guidelines range without considering the four-level fast-track departure that the court granted at her original sentencing. *See* U.S.S.G. § 1B1.10 cmt. n.1(A); *United States v. Ornelas*, 825 F.3d 548, 555 (9th Cir. 2016). Because Bishop received a 70-month sentence, which is below the amended Guidelines range, the district court properly denied her motion for a sentence reduction. *See* U.S.S.G. § 1B1.10(b)(2)(A) ("[T]he court shall not reduce the defendant's term of imprisonment under 18 U.S.C. § 3582(c)(2) and this policy statement to a term that is less than the minimum of the amended guideline range.").

**AFFIRMED.**